1016

JAMES KEITH RICHARDS ET AL., *Appellants*, v. QUALITY LOAN
SERVICE CORPORATION OF WASHINGTON, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-20991-1, Michael J. Trickey, J., entered
April 14, 2014. *Affirmed* by unpublished opinion per
Verellen, A.C.J., concurred in by Cox and Appelwick, JJ.

ANTHONY DICKERSON ET AL., *Respondents*, v. C. SHAYNE MORA
ET AL., *Defendants*, PEACEHEALTH, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 11-2-00248-5, Ira Uhrig, J., entered June
10, 2014. *Affirmed* by unpublished opinion per Leach, J.,
concurred in by Verellen, A.C.J., and Lau, J.

THE STATE OF WASHINGTON, *Respondent*, v. THAN DINH LE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 13-1-01775-6, Laura C. Inveen, J., entered July
11, 2014. *Affirmed in part*, *reversed in part*, and *remanded*
by unpublished opinion per Trickey, J., concurred in by Cox
and Dwyer, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DANNY C. PARK,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 13-1-13083-8, Bruce E. Heller, J., entered July
3, 2014. *Affirmed in part* and *remanded with instructions* by
unpublished opinion per Becker, J., concurred in by Schind-
ler and Trickey, JJ.